FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON BRUCE MORLEY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NAPHCARE MEDICAL DEPARTMENT,<br><br>　　　　　　　Defendant. | NO: 2:25-CV-0206-TOR<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS |

Plaintiff, an individual incarcerated at Spokane County Detention Services, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 on June 13, 2025. ECF No. 1. Plaintiff did not pay the $405.00 filing fee ($350.00 statutory filing fee, plus $55.00 administrative fee) to commence this action or properly seek leave to proceed *in forma pauperis*.

On July 15, 2025, this Court issued an Order to Comply with Filing Fee or *In Forma Pauperis* Requirements within thirty days. *See* ECF No. 6. The Court directed Plaintiff to submit a certified copy or copies of his inmate account

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS -- 1

statement(s) for the six-month period immediately preceding June 13, 2025, from each facility where he was confined from December 13, 2024, to June 13, 2025, as required by 28 U.S.C. § 1915(a)(2). *Id.* at 2–3. The Court specified that if Plaintiff was not incarcerated for any period between December 13, 2024, and June 13, 2025, then he must clarify his incarceration status and explain why he should not be required to submit copies of his inmate account statements. *Id.* In the alternative, Plaintiff could have paid the $405.00 filing fee. *Id.* at 3.

On July 25, 2025, Plaintiff again provided a supplemental account statement, which, although now certified, only covers purchases between April 22, 2025, and June 17, 2025. ECF No. 7. He noted, "My certified account statement per request." *Id.* at 2. Plaintiff offered no explanation of his incarceration status between December 13, 2024, and April 22, 2025, or any reason why he should not be required to submit certified copies of his inmate account statements for that period.

The Court cautioned Plaintiff that his failure to comply with the Order would be construed as his consent to the dismissal of this action. *Id.* Nevertheless, he failed to provide information for the relevant time-period regarding his incarceration status in this action. Accordingly, for the reasons set forth above and in the Court's prior Order, ECF No. 6, **IT IS ORDERED:**

(1) This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

(2) The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at this last known address, and **CLOSE** the file.

**DATED** August 14, 2025.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS -- 3